In re House Resolution Relating to House Bill No. 116.

Municipal Corporations — Amendment of Charters.— A clause in an act declaring that " this act shall apply to all cities and towns in this state, anything in their charters to the contrary notwithstanding," makes the act operative in all cities in the state, including those whose charters have contrary provisions.

The resolution of inquiry is as follows: "Resolved, that the following questions be submitted to the supreme court, with a request that an opinion thereon be handed down at the earliest practicable moment:

"Will house bill No. 116, as amended and printed, if enacted into a law, be operative in the cities of Denver, Central, Georgetown and Black Hawk, or either of them?

"Will a clause inserted in said bill in these words: 'This act shall apply to all cities and towns in this state, anything in their charters to the contrary notwithstanding,' bring said above-named cities or either within the provisions of said bill, notwithstanding anything in their charters to the contrary?"

Per Curiam.   We are of the opinion that with the insertion of the clause specified in the second branch of the interrogatory above submitted the act would be operative in the cities named, as well as in all other cities in the state.